UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| LEONARD SANTANGELO, et al.<br><br>        Plaintiffs,<br><br>  v.<br><br>SANDALS RESORTS INTERNATIONAL, LTD.; REAL RESORTS, LTD., d/b/a BEACHES NEGRIL RESORT; BEACHES MANAGEMENT LTD.;UNIQUE VACATIONS, INC.; TEPPANYAKI RESTAURANT; JOHN DOES 1,2 and 3 (FICTITIOUS NAMES; and ABC CORPORATIONS 1,2 and 3 (FICTITIOUS NAMES)<br><br>        Defendants. | Civ. Action No. 09-2174 (KSH)<br><br><br><br><br><br><br><br><br><br><br><br>**ORDER** |

**Katharine S. Hayden, U.S.D.J.**

For the reasons set forth in the opinion of the Court filed herewith, it is hereby

**ORDERED** as follows:

Motion for summary judgment [D.E. 38] by defendants Sandals Resorts International Ltd. and Unique Vacations, Inc. is **granted**.

Counts 1 and count 2 of plaintiffs' amended complaint [D.E. 13] as to defendants Sandals Resorts International Ltd. and Unique Vacations Inc. are **dismissed**.

Counts 1 and 3 of the amended complaint [D.E. 13] as to unserved defendants Real Resorts Ltd., Beaches Management Ltd, and Teppanyaki Restaurant, are **dismissed.**

Request by defendants Sandals Resorts International Ltd. and Unique Vacations, Inc to sanction plaintiffs' counsel pursuant to F. R. Civ. P. 56(g) is **denied.**

The Clerk of the Court is directed to close this file.

/s/ Katharine S. Hayden

Date: 12/30/10                                              Katharine S. Hayden, U.S.D.J.